UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ACQUELYN CHOW, et al.,
     Plaintiffs,

v.                                                                Case No.: 3:25cv27/TKW/ZCB

BRYAN WAYNE DAVIS, et al.,
     Defendants.
_____/

## **ORDER**

Presently before the Court is Defendants' motion to compel Plaintiff Acquelyn Chow to respond to Defendants' discovery request. (Doc. 32). The motion was filed on March 6, 2026. The Court ordered the parties to confer on the motion by March 16, 2026, with any response in opposition by Plaintiff Chow due by March 23, 2026. (Doc. 33). *See* N.D. Fla. Loc. R. 7.1(E) (providing a fourteen-day deadline for responding in opposition to motions unless the Court orders otherwise). March 23rd has come and gone with no response in opposition filed by Plaintiff Chow. Nor has Plaintiff Chow moved for an extension of the time to respond.

Under the Local Rules, a "party who opposes [a] motion must file a memorandum in opposition." N.D. Fla. Loc. R. 7.1(E). And the Court "may grant a motion by default if an opposing party does not file a

1

memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).  Because Plaintiff Chow has failed to respond in opposition, and the deadline for doing so has expired, the Court will grant Defendants' motion by default under Local Rule 7.1(H).  *See Fed. Deposit Ins. Corp. v. Amos*, No. 3:12cv548, 2017 WL 11682626, at *3 (N.D. Fla. May 16, 2017) (granting discovery motions by default under Local Rule 7.1(H) because the party failed to file a response in opposition); *see also Kendrick v. Eagle Int'l Group, LLC*, No. 08-80909-CIV, 2010 WL 11504742, at *4 (S.D. Fla. Nov. 18, 2010) (granting motion to compel by default because the defendant failed to respond in opposition as required by the local rules).

Accordingly, it is **ORDERED** that Defendants' motion to compel (Doc. 32) is **GRANTED**.  Plaintiff Chow shall provide responses to Defendants' discovery request at issue in the motion within **ten days** of this order.

**DONE AND ORDERED** this 25th day of March 2026.

s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2