UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ACQUELYN CHOW and SENTRY
INSURANCE COMPANY, as
Subrogee of Southeastern Food
Merchandisers, LP,
     Plaintiffs,

v.                                  Case No. 3:25-cv-27-TKW-ZCB

BRYAN WAYNE DAVIS and M.
LOFTON & SON TRUCKING, LLC,
     Defendants.
_____/

## **ORDER**

This matter is before the Court on Plaintiff Sentry Insurance's "Motion to Permit Telephonic Appearance of Corporate Representative." (Doc. 60). Based upon Sentry Insurance's representation that its corporate representative has full settlement authority and will be available by telephone throughout the entirety of the settlement conference, the Court will permit the representative to appear remotely.

Accordingly, Sentry Insurance's motion (Doc. 60) is **GRANTED** to the extent it seeks permission for Sentry Insurance's corporate representative to appear remotely at the August 25 settlement conference.

DONE AND ORDERED this 13th day of August 2026.

1

*/s/* *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**