UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ACQUELYN CHOW and SENTRY
INSURANCE COMPANY, as
Subrogee of Southeastern Food
Merchandisers, LP,
Plaintiffs,

v. Case No. 3:25-cv-27-TKW-ZCB

BRYAN WAYNE DAVIS and M.
LOFTON & SON TRUCKING, LLC,
Defendants.
________________________________/

**ORDER**

This matter is before the Court on Defendants' "Motion to Permit Telephonic Appearance of Corporate Representative Everspan Insurance Company and Excusal of Defendant Bryan Wayne Davis." (Doc. 62). Based upon Defendants' representation that Everspan's corporate representative has full settlement authority and will be available by telephone throughout the entirety of the settlement conference, the Court will permit the representative to appear remotely. Defendant Davis will also be permitted to appear remotely, based upon Defendants' representation that Defendants' counsel has full settlement authority and will appear in-person at the settlement conference.

Accordingly, Defendants' motion (Doc. 62) is **GRANTED** to the extent it seeks permission for Everspan Insurance Company's corporate representative and

Defendant Bryan Wayne Davis to appear remotely at the August 25 settlement conference.

DONE AND ORDERED this 24th day of August 2026.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**